**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MAILAINE ARIANNA
PEREZ-GARCIA,

      Petitioner,

  v.

KRISTI NOEM; *et al.*,

      Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 3:26-CV-796

**ORDER**

The Court is in receipt of Respondents' response to the habeas petition (ECF 5), which appears to only address the issue of "next friend" standing, which had previously resulted in the dismissal of Ms. Perez-Garcia's petition at Case No. 3:26-cv-89.  To be clear, the Court does not construe Ms. Perez-Garcia's renewed petition here as a "next friend" petition, as it is apparent that any elements referencing a "next friend" are merely residual from the prior petition.

Accordingly, Respondents shall file a response by **June 8, 2026**, which addresses the merits of Ms. Perez-Garcia's habeas petition.  Any reply by Ms. Perez-Garcia shall be filed on or before **June 15, 2026**.  The response is limited to **25 pages**, and any reply is limited to **five pages**, double-spaced.

      DATED this 1st day of June, 2026.

cc:
Mailaine Arianna Perez-Garcia
A 220-572-456
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge